**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

January 27, 2025

By ECF

Hon. Loretta A. Preska,
    United States District Court for the Southern District of New York,
        500 Pearl Street,
            New York, New York 10007.

   Re: *Aurelius Capital Master, Ltd. et al.* v. *The Republic of Argentina*, No. 24-cv-07247 (LAP)

Dear Judge Preska:

  I write on behalf of the Republic of Argentina (the "Republic") in connection with the above-captioned action. Pursuant to Rule 2.D of the Court's Individual Practices, the Republic respectfully requests oral argument on the Republic's Motion to Dismiss (ECF No. 20).

             Respectfully,

             */s/ Robert J. Giuffra, Jr.*
             Robert J. Giuffra, Jr.

cc: Counsel of Record