UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
AURELIUS CAPITAL MASTER, LTD.; :
ACP MASTER, LTD.; NOVORIVER S.A.; :
683 CAPITAL PARTNERS, LP; ADONA LLC; :
EGOZ I LLC; EGOZ II LLC; MASTERGEN, :
LLC; ERYTHRINA, LLC; AP 2016 1, LLC; AP :
2014 3A, LLC; AP 2014 2, LLC; WASO :
HOLDING CORPORATION; APE GROUP SPA; :
ROMANO CONSULTING SPA; ICARO SRL; :   No. 1:24-cv-07247 (LAP)
and ELAZAR ROMANO, :
:
                Plaintiffs, :
:
      - against - :
:
THE REPUBLIC OF ARGENTINA, :
:
                Defendant. :
:
-------------------------------------------------------------x

## STIPULATION AND ORDER

Plaintiffs Aurelius Capital Master, Ltd.; ACP Master, Ltd.; Novoriver S.A.; 683 Capital Partners, LP; Adona LLC; Egoz I LLC; Egoz II LLC; Mastergen, LLC; Erythrina, LLC; AP 2016 1, LLC; AP 2014 3A, LLC; AP 2014 2, LLC; WASO Holding Corporation; Ape Group SpA; Romano Consulting SpA; Icaro SRL; and Elazar Romano (collectively, "Plaintiffs"), and Defendant The Republic of Argentina (the "Republic"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on September 25, 2024, Plaintiffs filed their complaint in this action (ECF No. 1, the "Complaint");

4932-3896-5534.1

WHEREAS, Plaintiffs filed the Complaint pursuant to N.Y. C.P.L.R. § 205(a) to revive six Prior Actions[1] that this Court dismissed on or around April 1, 2024;

WHEREAS, prior to filing the Complaint, Plaintiffs appealed the Court's dismissal of the Prior Actions to the United States Court of Appeals for the Second Circuit, *see In re: Argentine GDP-Linked Securities Litigation*, No. 24-1209(L) (2d Cir.) (the "Appeal");

WHEREAS, as of the date of this Stipulation, the Appeal remains pending;

WHEREAS, on January 31, 2025, the Republic moved to dismiss the Complaint (ECF Nos. 20-22, the "Motion to Dismiss"), contending, among other things, that the Complaint should be dismissed because the Prior Actions have not been "terminated" within the meaning of N.Y. C.P.L.R. § 205(a); and

WHEREAS, adjourning the adjudication of the Motion to Dismiss will spare the parties unnecessary expense and conserve judicial resources;

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the undersigned counsel as follows:

1. The Complaint is dismissed without prejudice pursuant to FED. R. CIV. P. 41(a).

2. So long as Plaintiffs file a new action pursuant to N.Y. C.P.L.R. § 205(a) within six (6) months from the issuance of the mandate in the Appeal (a "Post-Appeal CPLR 205(a) Action"), such Post-Appeal CPLR 205(a) Action shall be, for purposes of N.Y. C.P.L.R. § 205(a),

---

[1] The "Prior Actions" consist of: (i) *Aurelius Capital Master, Ltd. v. The Republic of Argentina*, No. 19 Civ. 351 (LAP) (S.D.N.Y.); (ii) *Novoriver S.A. v. Argentine Republic*, No. 19 Civ. 9786 (LAP) (S.D.N.Y.); (iii) *ACP Master, Ltd. v. The Republic of Argentina*, No. 19 Civ. 10109 (LAP) (S.D.N.Y.); (iv) *683 Capital Partners, LP v. The Republic of Argentina*, No. 19 Civ. 10131 (LAP) (S.D.N.Y.); (v) *Adona LLC, et al. v. The Republic of Argentina*, No. 19 Civ. 11338 (LAP) (S.D.N.Y.); and (vi) *Ape Group SPA, Romano Consulting SPA, Icaro SRL, and Elazar Romano v. The Republic of Argentina*, No. 20 Civ. 10409 (LAP) (S.D.N.Y.).

-3-

commenced within six months after the termination of the Prior Actions, and the Republic shall not contend otherwise.

3. Except as set forth in paragraph 2, above, the Republic does not waive and expressly retains all defenses and objections to the Complaint, except for defenses and objections based on a defect in service of process in this action. The defenses and objections that the Republic retains include but are not limited to defenses and objections related to (i) the applicability of N.Y. C.P.L.R. § 205(a) and Plaintiffs' compliance with it (except as set forth in paragraph 2, above), (ii) any applicable statutes of limitation or prescription periods, and (iii) any other challenge to the legal sufficiency of Plaintiffs' claims.

Dated:  February 21, 2025

| | |
|---|---|
| */s/ Robert J. Giuffra, Jr.* | */s/ Edward A. Friedman* |
| Robert J. Giuffra, Jr. | Edward A. Friedman |
| Sergio J. Galvis | Daniel B. Rapport |
| Amanda Flug Davidoff | Michael S. Palmieri |
| Thomas C. White | |
| | FRIEDMAN KAPLAN SEILER |
| SULLIVAN & CROMWELL LLP |     ADELMAN & ROBBINS LLP |
| 125 Broad Street | 7 Times Square |
| New York, New York  10004-2498 | New York, New York  10036 |
| Telephone:     (212) 558-4000 | Telephone:  (212) 833-1100 |
| Facsimile:      (212) 558-3588 | Facsimile:   (212) 833-1250 |
| *Counsel for The Republic of Argentina* | *Counsel for Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd.* |

| | |
|---|---|
| */s/ Javier Bleichmar* | */s/ Matthew M. Riccardi* |
| Javier Bleichmar | Matthew M. Riccardi |
| Evan A. Kubota | H. Rowan Gaither IV |
| | Jacob Taber |
| BLEICHMAR FONTI & | |
|     AULD LLP | PERKINS COIE LLP |
| 300 Park Avenue, Suite 1301 | 1155 Ave. of the Americas, 22nd Floor |
| New York, NY 10022 | New York, New York 10036-2711 |
| Telephone:     (212) 789-1347 | Telephone:  (212) 530-1800 |
| Facsimile:      (212) 205-3960 | Facsimile:   (212) 530-1801 |
| *Counsel for Plaintiff Novoriver S.A.* | *Counsel for Plaintiff 683 Capital Partners, LP* |

4932-3896-5534.1

| | |
|---|---|
| /s/ Matthew S. Salerno<br>Matthew S. Salerno<br>Ryan M. Schachne<br><br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br><br>*Counsel for Plaintiffs Adona LLC; Egoz I LLC; Egoz II LLC; Mastergen, LLC; Erythrina, LLC; AP 2016 1, LLC; AP 2014 3A, LLC; AP 2014 2, LLC; and WASO Holding Corporation* | /s/ Eric J. Grannis<br>Eric J. Grannis<br><br>LAW OFFICES OF ERIC J. GRANNIS<br>11 Broadway, Suite 615<br>New York, New York 10004<br>Telephone: (212) 903-1025<br>Facsimile: (212) 208-4597<br><br>*Counsel for Plaintiffs Ape Group SpA; Romano Consulting SpA; Icaro SRL; and Elazar Romano* |

IT IS SO ORDERED, this 24th day of February, 2025:

*Loretta A. Preska*
_____
Hon. Loretta A. Preska
United States District Judge

4932-3896-5534.1